# Paul E. Weber
### VCC – SBI 162469
### 1181 Paddock Road
### Smyrna, DE 19977

●●●●●●●●●●●●●●●●●●●●●●●●●●●

March 6, 2018

Honorable Leonard Stark
Delaware District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

RE: **Weber v. Pierce, C.A. No. 13-283-LPS**

Dear Judge Stark:

I respectfully request permission to file a status report in the above-captioned matter. My attorney and the attorney-of-record, Leo John Ramunno, was disbarred by the Delaware Supreme Court. Notwithstanding the fact that Mr. Ramunno remains listed as the attorney of record, I am effectively unrepresented. Due to this fact, as well as the fact today is the first time I have been able to utilize the prison law library at the Vaughn Correctional Center since Mr. Ramunno's disbarment, I have been unable to communicate with the Court. I emphasize these circumstances because I do not want there to be any question as to my diligence in prosecuting this habeas action.

With the Court's leave, I will file a detailed status report this month. Thank you for Your Honor's kind consideration in this matter.

Respectfully submitted,

*(signature)*

cc via E-file: Elizabeth McFarland

/